## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

EDDIE D. NEELY,

     Plaintiff, *In Pro Per*

                    Case No.

v.

WIS INTERNATIONAL, INC.,        Judge:

     Defendant.            Mag Judge:

---

| | |
|---|---|
| Eddie D. Neely | Robert C. Tice (P29435) |
| 241 Center Street | rtice@littler.com |
| Michigan Center, Michigan 49254 | LITTLER MENDELSON, P.C. |
| *Plaintiff, In Pro Per* | 500 Woodward Ave. |
| | Suite 2600 |
| | Detroit, Michigan 48226 |
| | Telephone:  313.446.6400 |
| | Facsimile:   313.446.6405 |
| | *Attorneys for Defendant* |

---

### DEFENDANT'S NOTICE OF REMOVAL

WIS INTERNATIONAL INC., ("Defendant"), by its attorneys, Littler Mendelson P.C., gives notice that the above action is removed from the Circuit Court for the County of Jackson, State of Michigan, in which Court said cause of action is now pending, to the United States District Court for the Western District of Michigan.

IN SUPPORT THEREOF, Defendant states as follows:

1.       On or about the 12th day of January 2026 an action was commenced against Defendant in the Circuit Court for the County of Jackson, Michigan entitled ***Eddie D. Neely v WIS International Inc.***, Case No. 2026-0080-CZ.   Plaintiff "*served*" (by mail) a copy of the summons and complaint on January 16, 2026 and copies are attached hereto as Exhibit 1.

2.       The aforesaid documents constitute all process, pleadings and orders served upon Defendant in this action.

3.       This action is one in which this Court has original jurisdiction under the provisions of Title 28, U.S.C., § 1332 (diversity), and is one which may be removed to this court by Defendant pursuant to the provisions of Title 28, U.S.C., § 1441, in that it is an action of civil nature wherein the alleged value of the claim of Plaintiff is in excess of the amount of $75,000, exclusive of interest, costs and attorney fees, and is between citizens of different states, as more fully shown below:

       a.       At the time said action was instituted in the Circuit Court for the County of Jackson in the State of Michigan, and at the present time, Plaintiff is and has been domiciled, in the State of Michigan, County of Jackson, as Defendant is informed and believes (Complaint, paragraph 1).

       b.       At the time such action was commenced, and at the present time, WIS INTERNATIONAL, INC, is a corporation organized under and existing by virtue of the laws of the State of Delaware and is not incorporated in any other state, with its principal place of business in the State of Texas.  Defendant, therefore, is not now, and never has been, a citizen of the State of Michigan.

c.   Plaintiff has alleged claims for "Retaliation for exercising Worker's Compensation Rights (MCL 418.301 (11)" (Complaint, Count I ¶ 15-21); "Wrongful Termination in Violation of Public Policy (Complaint, Count II ¶ 22-26); "Retaliation/discrimination – Michigan Elliott Civil Rights Act (Complaint, Count III, ¶ 27-32); Wrongful Discharge/Intentional Infliction of Emotional Distress (Count IV, Complaint ¶ 33-36); and "DAMAGES" (Complaint, Count V).  Additionally, Plaintiff has alleged a claim for (1) back pay and front pay, (2) compensatory damages, (3) statutory damages, (4) costs and interest, (complaint, "RELIEF REQUESTED").

d.   Based on Plaintiff's request for damages, Plaintiff is seeking damages exceeding $75,000.

e.   For these reasons, the damages for the losses claimed, if proven, exceed $75,000, exclusive of interest, costs and attorney fees, and therefore, from a preponderance of the evidence, it is more likely than not that the amount in controversy exceeds $75,000, exclusive of interest, costs and attorneys' fees.  *Hayes v. Equitable Energy Res. Co.* 266 F.3d 560, 572-573 (6th Cir. 2001); *see also* *Gafford v. General Electric Co.,* F.2d 150, 155 (6th Cir. 1993), *abrogated in part and other grounds*, by *Hertz Corp v. Friend*, 559 U.S. 77 (2010)

4.   This notice of removal is being filed within 30 days of Defendant receiving said Complaint.

5.   Pursuant to 28 U.S.C. § 1446 (d), true and correct copies of this Notice of Removal have been served upon Plaintiff and Defendant has timely filed a copy of this Notice of Removal with the Clerk of the Jackson County Circuit Court.

WHEREFORE, Defendant gives notice of removal of this cause of action from Jackson County Circuit Court to this Court.

*/s/ Robert C. Tice*
Robert C. Tice (P29435)
rtice@littler.com
LITTLER MENDELSON, P.C.
500 Woodward Ave.
Suite 2600
Detroit, Michigan 48226
Telephone:  313.446.6400
Facsimile:   313.446.6405

Attorneys for Defendant

Dated:  February 12, 2026

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon all parties and/or attorneys of record to the above cause herein at their respective addresses as disclosed on the pleadings on February 12, 2026 via:

|  | | | |
|---|---|---|---|
| _____ | U.S. Mail | _____ | Facsimile |
| X | ECF Filing | _____ | Hand Delivery |
| _____ | E-Mail | X | Federal Express |

*/s/ Robert C. Tice*
Robert C. Tice (P29435)